AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| UNITED STATES | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:21-mj-00537 |
| MICHAEL CARICO | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Michael Carico

Date:   08/16/2021

/s/ Camille Wagner
*Attorney's signature*

Camille Wagner 1659390
*Printed name and bar number*
419 7TH sTREET, nw
Suite 405
Washington, DC 20004

*Address*

law@myattorneywagner.com
*E-mail address*

(202) 780-4918
*Telephone number*

*FAX number*